UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02856 |
| | § | |
| SALESFORCE.COM, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF TRANSFER

This case has been TRANSFERRED to _Judge Andrew Hanen_ for the following reason:

[ X ] Agreement between the judges.

[  ] Bankruptcy-related case reassigned to the judge with the lowest numbered case.

[  ] Recusal.

[  ] Transfer for revocation hearing with related case:

[ X ] Other: Related case 4-20cv1254

Deadlines in existing scheduling orders remain in effect; however, all court

settings are canceled.

**Nathan Ochsner, Clerk**

By:Lisa Edwards
Case Manager to
The Honorable Judge Alfred H. Bennett
Date: November 8, 2021